UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-23483-CIV-HOEVELER

LENARDO MAQUEIRA, on behalf of himself
and all others similarly situated,

            Plaintiff,

vs.

BCC ENGINEERING, INC., JOSE A. MUNOZ,
MANUEL A. BENITEZ, and ARIEL MILLAN,

            Defendants.
_____/

## ORDER OF DISMISSAL

THIS MATTER is before the Court upon the parties' Stipulation of Dismissal With Prejudice. Upon review of the Stipulation, and being otherwise fully advised, it is hereby ORDERED and ADJUDGED that:

1. Plaintiff's Complaint and any and all claims against Defendants, BCC ENGINEERING, INC., JOSE A. MUNOZ, MANUEL A. BENITEZ, and ARIEL MILLAN, ("DEFENDANTS") are hereby dismissed with prejudice with each party to bear its own attorney's fees and costs except as provided in the Settlement Agreement;

2. Based on the parties' representations and being otherwise familiar with the file, the Court finds that the settlement of Plaintiff's claims is a fair and reasonable resolution of a *bona fide* dispute over FLSA provisions;

3. That this Court shall maintain jurisdiction over the terms and conditions of the settlement agreement; and

4. All pending motions are denied as moot; and

5. This case is CLOSED.

DONE AND ORDERED in Chambers in Miami, Florida this 19th day of Jan., 2011.

                                                                     _____
                                                                     UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record